IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 06-cv-01247-WDM-MEH

KAREN L. GROTE,

    Plaintiff,

v.

JUNIPER CORPORATION, SPEARLY CENTER, CHRIS COSGROVE, BARBARA BRADSHAW, and THOMAS DRURY

    Defendants.

_____

**NOTICE OF DISMISSAL**
_____

Miller, J.

    The matter before me relates to a document filed by Plaintiff on November 16, 2006, 2005 (docket no. 5), indicating a desire to voluntarily dismiss this case.  I construe this document to be a notice of dismissal, pursuant to Fed. R. Civ. P. 41(a)(1)(i).  The docket does not reflect that any defendants have filed a responsive pleading to Plaintiff's Complaint and, although Plaintiff's document is not a proper pleading, the substance of Rule 41(a)(1)(i) is satisfied. Accordingly, I take judicial notice that the case is dismissed without prejudice.

DATED at Denver, Colorado, on November 20, 2006.

                                              BY THE COURT:

                                              s/ Walker D. Miller
                                              United States District Judge